UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re PHILIP MORRIS INTERNATIONAL INC. SECURITIES LITIGATION | Master Docket No. 1:18-cv-08049-RA <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. |  |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE THAT pursuant to Local Civil Rule 1.4, Lead Plaintiff Union Asset Management Holding AG ("Lead Plaintiff"), by and through its attorneys Pomerantz LLP, hereby moves this Court for an Order allowing Heather Volik to withdraw as counsel for Lead Plaintiff in the above-referenced actions.

Heather Volik is no longer associated with the law firm Pomerantz LLP.  Pomerantz LLP will continue to serve as counsel for the above-named Lead Plaintiff in this matter. Other attorneys at Pomerantz LLP will continue to represent Lead Plaintiffs and the proposed class.

Dated: February 16, 2020

POMERANTZ LLP

*s/Jeremy A. Lieberman*
Jeremy A. Lieberman
(Admitted Pro Hac Vice)
600 Third Avenue, 20th Floor
New York, NY 10016
Tel:  (212) 661-1100
Email:  jalieberman@pomlaw.com

**SO ORDERED.**

Dated**:**   February 17, 2021

**Ronnie Abrams**
**U.S.D. J.**