# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

Master File No. 18 **CIVIL** 8049 (RA)

No. 18 **CIVIL** 8814 (RA)

IN RE PHILIP MORRIS INTERNATIONAL INC. SECURITIES LITIGATION

18 **CIVIL** 9856 (RA)

## JUDGMENT

-------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in

the Court's Opinion and Order Class Action dated September 10, 2021, Defendants' motion to

dismiss Plaintiffs' complaint is GRANTED with prejudice; accordingly, this case is closed.

**Dated:** New York, New York
        September 10, 2021

**RUBY J. KRAJICK**

_____
**Clerk of Court**

BY: _____

**Deputy Clerk**